RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT AND LOUIS FLOYD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPSOLUTELY MEDIA, LLC, <br><br> Defendant. | Case No. 8:21-cv-01502-DOC-ADS <br><br> **STIPULATION OF DISMISSAL** <br><br> Judge: Hon. David O. Carter |

  Plaintiffs Terry Fabricant and Louis Floyd and Defendant Appsolutely Media, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

  So Stipulated.

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: January 4, 2022 | By: */s/ Rachel E. Kaufman*<br>Rachel E. Kaufman (Cal Bar No. 259353)<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881 |
| | *Attorney for Plaintiffs and the putative Class* |
| | By: */s/ Bryan Owens Sahagun*<br>BRYAN OWENS SAHAGUN<br>Attorney for Defendant<br>**APPSOLUTELY MEDIA LLC** |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman

2

STIPULATION OF DISMISSAL
Case No. 8:21-cv-01502-DOC-ADS