**JS-6**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT AND LOUIS FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPSOLUTELY MEDIA, LLC,<br><br>Defendant. | Case No. 8:21-cv-01502-DOC-ADS<br><br>**ORDER OF DISMISSAL [21]**<br><br>Judge: Hon. David O. Carter |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

SO OREDERED.

Dated this 4th day of January, 2022.

*/s/ David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1

Case No. 8:21-cv-01502-DOC-ADS